# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOHNNY BERRY, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | NO. CIV-18-1191-HE |
| ANDREW M. SAUL, Commissioner of Social Security Administration, | ) ) ) ) ) | |
| Defendant. | ) ) | |

### ORDER

In this action, plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner") that plaintiff was not disabled under the terms of the Social Security Act. On October 1, 2019, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation recommending that the Commissioner's decision be affirmed. The parties were advised of their right to object to the Report and Recommendation by October 15, 2019.

Neither party objected to the Report and Recommendation. Therefore, the parties have waived their rights to appellate review of the factual and legal issues it addressed. Cassanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010). Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #21] and **AFFIRMS** the decision of the Commissioner.

**IT IS SO ORDERED.**

Dated this 18th day of October, 2019.

                                         JOE HEATON
                                         UNITED STATES DISTRICT JUDGE